■ In the Matter of the Claim of FRANCES TRAVERSONE, Respondent, v. LEE BROTHERS STORAGE et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— MEMORANDUM BY THE COURT. After further review and upon substantial evidence, the board has found that "the decedent's work activities * * * constituted an accidental injury in that they were sufficiently strenuous to require more than normal exertion and as a result, precipitated a coronary thrombosis from which he subsequently died." (Cf. prior appeal, 17 A D 2d 175.) Decision affirmed, with costs to the Workmen's Compensation Board. Gibson, P. J., Reynolds, Taylor, Aulisi and Hamm, JJ., concur.